# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN and SUSAN LEWIS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>DELAWARE CHARTER GUARANTEE & TRUST COMPANY dba PRINCIPAL TRUST COMPANY, PRINCIPAL FINANCIAL GROUP, INC., and DAVID LERNER ASSOCIATES, INC.,<br><br>        Defendants. | Case No. 2:13-cv-01809-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on David Lerner Associates, Inc.'s Motion for Leave to Seal Unredacted Copies of Exhibits A and B to the Pickard Declaration (#63) filed February 10, 2014. Upon review and consideration, the unredacted copies of Exhibits A and B to the Pickard Declaration attached to Defendant's Motion to Dismiss (Doc. #32) cannot be sealed separately. Accordingly,

**IT IS HEREBY ORDERED** that David Lerner Associates, Inc.'s Motion for Leave to Seal Unredacted Copies of Exhibits A and B to the Pickard Declaration is **granted, in part**. The Clerk of the Court shall file under seal the Pickard Declaration attached to Defendant's Motion to Dismiss (#32). Defendant is directed to file the Pickard Declaration to Defendant's Motion to Dismiss (#32) with Exhibits A and B redacted.

DATED this 13th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge