UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN and SUSAN LEWIS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DELAWARE CHARTER GUARANTEE & TRUST COMPANY dba PRINCIPAL TRUST COMPANY, PRINCIPAL FINANCIAL GROUP, INC., and DAVID LERNER ASSOCIATES, INC.,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01809-GMN-GWF<br><br>**ORDER** |

　　　　The Court is in receipt of the February 27, 2014 letter from Defendant DLA's counsel regarding the scope of the March 7, 2014 hearing on Defendant's Motion to Transfer Venue to the Eastern District of New York (#33).  The parties' understanding is correct, that the hearing will only concern the issue of whether the venue of this action should be transferred to the Eastern District of New York.  The parties should further be advised that the District Judge has referred the venue transfer motion to the undersigned Magistrate Judge.  If the undersigned determines that the action should not be transferred to the Eastern District of New York, then the District Judge will decide the pending motions to dismiss.

　　　　DATED this 27th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge